AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

ERIC BANKS

Defendant(s)

Case No. 25-mj-7240-JCB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 31, 2023 in the county of Middlesex in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 641 | Theft of government funds |

This criminal complaint is based on these facts:

See Attached Affidavit of Postal Inspector Christopher Cipoletta.

☑ Continued on the attached sheet.

[signature]

*Complainant's signature*

Postal Inspector Christopher Cipoletta

*Printed name and title*

Sworn to before me and signed in my presence.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 4:38 PM, Jun 4, 2025

[signature]

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, U.S. Magistrate Judge

*Printed name and title*