# AFFIDAVIT

I, Christopher Cipoletta, state:

## *INTRODUCTION AND AGENT BACKGROUND*

1. I have been a Postal Inspector with the U.S. Postal Inspection Service ("USPIS") since 2007, and, as such, am an investigative or law enforcement officer of the United States within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure. I am assigned to Boston Division Headquarters in Boston, Massachusetts. As a Postal Inspector, I have participated in the execution of numerous arrest and search warrants related to criminal investigations involving the violation of federal statutes related to the U.S. Mail.

2. I submit this affidavit in support of an application for a criminal complaint charging ERIC BANKS ("BANKS") with theft of government funds, in violation of 18 U.S.C. § 641, and for a warrant for BANKS's arrest.

3. As detailed below, BANKS purported to own and operate a health care company in Boston, Massachusetts. In about August 2023, BANKS deposited into a bank account that he controlled a U.S. Treasury check that had been altered to be payable to his company, but had in fact been issued to a different company in New York. In this way, BANKS stole $1,173,482.87 in government funds.

4. The facts in this affidavit come from my personal knowledge, information that other law enforcement agents provided to me, and my review of records described below. This affidavit is not intended to set forth all the information that I have learned during this investigation and includes only the information necessary to establish probable cause for the requested complaint and arrest warrant.

***PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED***

5. The "Financial Institution" is a commercial bank headquartered in Boston, Massachusetts.

6. According to Massachusetts Registry of Motor Vehicle ("RMV") records, BANKS lives at [redacted] Quincy, Massachusetts 02169. A Massachusetts Driver's License with an assigned number ending in 2068 is issued to BANKS.[1] Below is a photograph of BANKS from RMV records:



7. According to United States Postal Service business records, an individual named "Eric Banks" receives mail at [redacted] Quincy, Massachusetts 02169.

8. According to records on file with the Secretary of the Commonwealth of Massachusetts, 1st Class Care is a corporation in Massachusetts, first registered on June 6, 2023. The Articles of Incorporation for 1st Class Care initially listed Thomas Cole as the President, Treasurer, Secretary, Vice President, Director, and Registered Agent of 1st Class Care.

9. On or about August 9, 2023, 1st Class Care filed a Statement of Change of Supplemental Information with the Secretary of the Commonwealth. The document named BANKS as the President, Treasurer, Secretary, Vice President, and Registered Agent of the

[1] I am aware of the full driver's license number but redact it here in the interest of privacy.

business. The Director of the business was listed as David Djemba Akasa. 1st Class Care listed the location of its principal office as [redacted] Boston, Massachusetts 02116. The August 9, 2023 submission to the Secretary of the Commonwealth of Massachusetts listed BANKS's address as [redacted] Quincy, Massachusetts 02169.

10. On August 12, 2023, BANKS opened a business checking account at the Financial Institution in the name of "1ST CLASS CARE SERVICES INC." ("1st Class Care") with an account number ending in 6086 (the "6086 Account"). On the application, BANKS listed himself as the sole signatory on the account and as the President of the Corporation. The application also listed an Employer Identification Number ("EIN") ending in 6151 for 1st Class Care.[2] To open the 6086 Account, BANKS also provided the Financial Institution with his Massachusetts Driver's License described above.

11. IRS records contain a Form SS-4, which is a form submitted to apply for an EIN, submitted in 2023 seeking an EIN for 1st Class Care located at [redacted] Boston, Massachusetts. The IRS assigned 1st Class Care an EIN ending in 6151. This is the same EIN that BANKS listed on the application to open the 6086 Account.

12. On or about August 31, 2023, BANKS entered the Financial Institution's Somerville branch. The Financial Institution's security system captured images of BANKS in the branch, including at the teller window. An image from the security system appears below.

[2] An EIN is a federal tax identification number for businesses and other entities, similar to a Social Security number for individuals. I am aware of the full EIN but redact it here in the interest of privacy.




13. At the teller window, BANKS deposited a U.S. Treasury check, number 4045-27710426 in the amount of $1,173,482.87, into the 6086 Account. U.S. Treasury check 4045-27710426 was dated May 23, 2023 and payable to "1st CLASS CARE SERVICES" at the address "[redacted] BOSTON, MA 02116 2774." Images of the front and back of the U.S. Treasury check 4045-27710426 that BANKS deposited into the 6086 Account appear below:



View Check Details

United States Treasury 15-51/000 B 433,215,020

Check No

[redacted]

4045 27710426
20231280900000

Pay to the order of

1ST CLASS CARE SERVICES
[redacted]

$*1173482*87

VOID AFTER ONE YEAR

1STC KANSAS 03/2021 F-941 REF 01
46,151.07 INT 013 DAYS

[redacted]

Back


View Check Details

[redacted]

Front

14. The memo on U.S. Treasury check 4045-27710426 check states, "1STC KANSAS 03/2021 F-941 REF 46,151.07 INT 013 DAYS." I know based on my training and experience investigating tax fraud and review of records in this investigation that the notation in the memo "03/2021 F-941" refers to a Form 941-X for the first quarter of 2021 that was submitted to the IRS.

15. IRS records show that 1st Class Care with the EIN ending in 6151 never filed any tax returns, let alone a Form 941-X for the first quarter of 2021, more than two years before the company existed. Moreover, U.S. Treasury check 4045-27710426 was dated May 23, 2023, two weeks before 1st Class Care was incorporated.

16. IRS records show that U.S. Treasury check 4045-27710426 was actually issued to and addressed to an entity in Flushing, New York with a different EIN (ending in 2408)[3] (the "New York Entity") and not to 1st Class Care.

17. IRS records also show that the New York Entity filed a Form 941-X for the first quarter of 2021 seeking an Employee Retention Tax Credit ("ERTC"), a refundable tax credit for

[3] I am aware of the full EIN but redact here in the interest of privacy.

certain eligible businesses affected by the COVID-19 pandemic that paid qualified wages to some or all employees after March 12, 2020 and before January 1, 2022. The New York Entity's claimed ERTC was $1,127,331.80. As reflected in the memo on U.S. Treasury check 4045-27710426, there was interest in the amount of $46,151.07 for this ERTC. The sum of these figures equals the total amount issued for U.S. Treasury check number 4045-27710426, *i.e.*, $1,173,482.87.

18. Based on records available from both the IRS and the U.S. Treasury, there is probable cause to believe that the U.S. Treasury check deposited by BANKS was not a true and accurate copy of check number 4045-27710426, but rather had been altered to include the name and address of BANKS's 1st Class Care entity, so that BANKS could convert the check to his use.

19. There is also probable cause to believe that BANKS knew that 1st Class Care was not entitled to a tax refund of $1,173,482.87, that the check was fraudulent, and that he deposited it willfully, both because BANKS owned and operated 1st Class Care and because 1st Class Care has never filed a return with the IRS and did not exist in 2021 when the New York Entity obtained the ERTC.

20. Based on the information provided above, there is probable cause to believe that on or about August 31, 2023, BANKS stole or knowingly converted to his use or the use of another money of the United States or of any department or agency thereof, specifically $1,173,482.87 from the U.S. Treasury, in violation of 18 U.S.C. § 641.

Sworn to under the penalties of perjury,

Christopher Cipoletta
U.S. Postal Inspector
U.S. Postal Inspection Service

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a) on **June 4, 2025.**

Hon. JENNIFER C. BOAL
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS