# EXHIBIT A

# EXHIBIT A-1

Honorable Judge D. Casper
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Mrs. Lefern Humphrey
75 Palmer Street, Apt. 203
Quincy, Massachusetts 02169

Monday, February 2, 2026

Dear Judge Casper:

My name is Lefern Humphrey. Eric Banks is my son and only child. As such, Eric is my sole support. At the age of 88, most of my family is deceased, and any surviving relatives live outside of Massachusetts.

Although I have dealt with Cancer, I am happy to be in remission. The management of my health, home, and financial stability depends on Eric's contributions to our household.

Thank you for your understanding.

Sincerely,

Eric's Mother

Lefern Humphrey

# EXHIBIT A-2

Honorable Judge D. Casper
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Monday, February 2, 2026

Dear Judge Casper:

For the past 12 years, I have been acquainted with Eric Banks.

As his friend and companion I have observed his close relationship with his mother and dedication to her health and wellbeing. I have also observed his struggles emotionally, financially, and mentally, that may have affected his judgement.

He inspired me to write the storybook, *The Man with a Yellow Umbrella*, as the result of kindness he extended to children who had gotten their soccer ball stuck in a tree.

As a companion, we met a few years after I had become a widow, 20 years ago. He became a friend first and has been instrumental in teaching my young son tennis, supporting sales of my children's books, and keeping us safe and secure.

He has been a constant presence.

As a mother who raised three college educated children, launched a business on widows' benefits, and is restarting a career in Education in my 60s; this situation has caused distress. I was raised in a family of five uncles, and a host of cousins. Men who have been incarcerated. My own father struggled to be a provider and my parents divorced when I was 3 because of the poor choices he made. Learning of this situation has been disheartening to me.

I had hoped to spend my maturing years with someone unaffected by the prison system. Knowingly, my past made me compassionate, and hopeful, however, I am fully aware that choices have consequences.

In closing, I kindly await your decision.

Sincerely,

Rochelle O'Neal Thorpe